UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL LAWRENCE MCCOY,<br><br>  Defendant. | No. CR-09-00337-CW<br><br>[~~PROPOSED~~] ORDER REGARDING DISCOVERY OF GRAND JURY WITNESSES' TESTIMONY |

Pursuant to Federal Rule of Criminal Procedure 6(e), and to the extent they may contain information that is considered prior recorded testimony under the Jencks Act, 18 U.S.C. § 3500, it is hereby ORDERED:

1. The transcripts of the grand jury testimony of Gregory Eckhart and Tehran Palmer ("Discovery"), produced by the United States in this case, is for use by defendant and defense counsel (the "Defense")  for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose.  This Discovery produced by the United States may not be further disseminated in any way to any other person or entity.

2. The Defense shall take all reasonable steps to (a) maintain the confidentiality of this

[~~PROPOSED~~] REGARDING DISCOVERY OF GRAND JURY WITNESSES' TESTIMONY
CR-10-00337-CW                                                   1

Discovery and (b) safeguard this Discovery from inadvertent disclosure or review by any third party.

3. The Defense may share this Discovery material with any investigators, consultants or experts retained by the Defense in connection with this case provided that the Defense informs any such individual(s) of this Order and obtains their written consent to comply with and be bound by its terms.

4. The Defense may show witnesses this Discovery as necessary for the preparation of the defense, but witnesses may not be given copies of the materials.

5. The Defense shall return any and all copies of this Discovery to the United States or provide the United States with a certificate of destruction of this Discovery and any and all copies within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

6. To the extent that the any of the above-referenced criminal Discovery materials contain any individual's personal information, any filings referencing or containing said materials must be redacted in a manner consistent with the Rules of Criminal Procedure and applicable Local Rules.

7. If defense counsel withdraws or is disqualified from participation in this case, any Discovery produced pursuant to this order shall be returned to the United States within 10 days.

Submitted by:

*/s/ Christina M. McCall*
Christina M. McCall
Assistant U.S. Attorney
Counsel for the United States

IT IS SO ORDERED.

DATED: March 31, 2010        _____
                             LAUREL BEELER
                             United States Magistrate Judge

[PROPOSED] REGARDING DISCOVERY OF GRAND JURY WITNESSES' TESTIMONY
CR-10-00337-CW                          2