IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-00337 CW |
| Plaintiff, | ORDER RE: COMPETENCY REPORT |
| v. | |
| DANIEL MCCOY, | |
| Defendant. | |

Upon request of the probation officer, the competency report on Defendant Daniel McCoy shall be released to the probation officer with instructions to maintain its confidentiality. Any objection must be filed by counsel in three days. If no well-taken objection is timely filed, the report will be provided to the probation officer.

Dated: 1/24/2011

CLAUDIA WILKEN
United States District Judge