1  Wolf, Pennella & Stevens, LLP
   Adam Pennella, SBN 246260
2  717 Washington Street
   Oakland, CA 94607
3  P. (510) 451-4600
   F. (510) 451-3002
4  adam@wps-law.com

5  Counsel for Defendant
6  Daniel McCoy

7
                    UNITED STATES DISTRICT COURT
8                   NOTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
9

10
   UNITED STATES OF AMERICA,           Case No.: CR 09-337 CW
11
           Plaintiff,
12
                                       STIPULATION AND [~~PROPOSED~~]
13                                     ORDER TO CONTINUE HEARING
       vs.
14
                                       Date: May 6, 2015
15                                     Time: 1:00 p.m.
   DANIEL McCOY,                       Honorable Claudia Wilken
16
           Defendant
17

18
       The parties hereby stipulate and agree that the Status Hearing, set for the above date and
19
   time, be continued to June 3, 2015 at 1:00 p.m.
20
       By way of background, Mr. McCoy appeared on the Form 12 in this matter on April 7,
21
   2015.  Since then, an amended Form 12 has been filed alleging additional criminal conduct for
22
   which Mr. McCoy may be charged in state court.  Defense counsel requires additional time to
23
   determine whether that case may be charged in state court.  Moreover, the parties require
24
   additional time to discuss potential resolution.  Finally, defense counsel is scheduled to be in a
25
   preliminary hearing in a murder case starting on May 5, 2015 that is expected to continue at
26
   least through May 6, 2015.
27
       Therefore, the parties stipulate and request that this matter be continued to June 3, 2015
28
   at 1:00 p.m., a date which both counsel and Probation are available.

STIPULATION AND ~~PROPOSED~~ ORDER                                                              1

SO STIPULATED:

Dated: April 30, 2015

_____/s/_____
Adam Pennella
Counsel for Daniel McCoy

Dated: April 30, 2015

MELINDA HAAG
UNITED STATES ATTORNEY

_____/s/_____
Christina McCall
Assistant United States Attorney

SO ORDERED:

Dated:  May 1, 2015

_____
Honorable Claudia Wilken
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER                                               2