1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JENNIFER A. TOLKOFF (CABN 287945)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Jennifer.Tolkoff@gmail.com
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,            )  NO. CR-09-00337 CW
14                                      )
          Plaintiff,                    )  **JOINT MOTION AND [PROPOSED ORDER]**
15                                      )  **TO VACATE HEARING SCHEDULED FOR**
          v.                            )  **JUNE 17, 2015 AND SCHEDULE AN**
16                                      )  **EVIDENTIARY HEARING FOR JULY 16, 2015**
   DANIEL LAWRENCE MCCOY,               )  **BEFORE HONORABLE JUDGE**
17                                      )  **CLAUDIA WILKEN**
          Defendant.                    )
18 ─────────────────────────────────────)

19

20     IT IS HEREBY STIPULATED, by and between the parties to this action, that the hearing to

21 ADMIT/DENY SUPERVISED RELEASE VIOLATION CHARGES set for June 17, 2015 at 1:00 p.m.,

22 before the Honorable Claudia Wilken, be vacated from the Court's calendar.

23 //

24 //

25 //

26 //

27 //

28 //

JOINT MOT TO VACATE HEARNG SCHEDULED
FOR JUNE 17, 2015 BEFORE HON. JUDGE WILKEN
NO. CR-09-00337 CW

1  The Parties have not been able to reach a resolution in this case, and jointly request that an
2  Evidentiary Hearing be scheduled for July 16, 2015 at 10:00 a.m.  The Government expects the drug test
3  results to be available by July 16, 2015.  The Government is also in the process of securing witnesses.

DATED:  June 16, 2015                                    Respectfully submitted,

                                                          MELINDA HAAG
                                                          United States Attorney


  /s/ Adam Pennella                                         /s/
ADAM PENNELLA                                           JENNIFER A. TOLKOFF
Wolf, Pennella & Stevens, LLP                           Special Assistant United States Attorney
Attorneys for Defendant
*Signed with permission.


### ORDER

Based on the reasons provided in the stipulated motion of the parties above, with the consent of both parties, the Court orders that the hearing to ADMIT/DENY SUPERVISED RELEASE VIOLATION CHARGES on June 17, 2015 at 1:00 p.m. for above-captioned matter be vacated from the court's calendar.  The Court orders that an Evidentiary Hearing be scheduled for July 16, 2015 at 10:00 a.m.

IT IS SO ORDERED.

DATED:  JUNE  16  , 2015                             _____
                                                     HON. CLAUDIA WILKEN
                                                     United States District Judge


JOINT MOT TO VACATE HEARNG SCHEDULED
FOR JUNE 17, 2015 BEFORE HON. JUDGE WILKEN
CASE NO. CR-09-00337 CW                    2